BMR:JL
F. #2002R00891

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

CHARLES PANARELLA,

   Defendant.

- - - - - - - - - - - - - - - - -X

ORDER

No. 03 CR 191 (S-3) (SJ)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
MAY 25 2005
P.M.
TIME A.M.

IT IS HEREBY ORDERED that

Pursuant to 18 U.S.C. §§ 4241 and 4242 and Federal Rule of Criminal Procedure 12.2(c), and upon the agreement of counsel for the government and counsel for the defense,

The defendant CHARLES PANARELLA shall be examined by clinical psychologist N.G. Berill.

SO ORDERED:

s/SJ

HON. STERLING JOHNSON, JR.
United States District Judge

Dated: Brooklyn, New York
      May 19, 2005